**COM.**

v.

**SHIVERS S.**

**1132 MDA 2016**

Superior Court of Pennsylvania.

03/15/2017

CP–36–CR–0000689–1997, CP–36–CR–0002210–1997, CP–36–CR–0002532–1997,

CP–36–CR–0002619–1997, CP–36–CR–
0002620–1997 (Lancaster)

Affirmed